# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**SARA HILDEBRAND**
        Plaintiff,

v.                                                    Case No: 19-CV-924

**VILLAGE OF GERMANTOWN**
        Defendant.

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Sara Hildebrand, Plaintiff, furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

States the full name of every party or amicus the attorney represents in the action.

Sara Hildebrand.

Identifies any parent corporation and any publicly held corporation owning 10% or more of its stock.

Plaintiff is not a corporation.

State the names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court.

**Hawks Quindel, S.C.**
Summer H. Murshid
Larry A. Johnson
Timothy P. Maynard
P.O. Box 442,
Milwaukee, WI 53201-0442.

Dated this 24th day of June, 2019.

        Respectfully submitted,

        *s/ Summer H. Murshid*
        Larry A. Johnson
        SBN 1056619
        Summer H. Murshid
        SBN 1075404
        Timothy P. Maynard
        SBN 1080953

        **Hawks Quindel, S.C.**
        222 East Erie Street
        Suite 210
        P.O. Box 442
        Milwaukee, WI 53201-0442
        Telephone: (414) 271-8650
        Fax: (414) 271-8442
        Email(s):    ljohnson@hq-law.com
                            smurshid@hq-law.com
                            tmaynard@hq-law.com

2

Case 2:19-cv-00924-DEJ   Filed 06/24/19   Page 2 of 2   Document 2